

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-14-00071-CV

### Trial Court No. 03-0046-B/C/S13

**Kevin Mauldin**

**Vs.**

**Ransom Industries, Inc. d/b/a Tyler Pipe and McWane, Inc.**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Hope  Sorensen |
| Supplemental clerk's record | $77.70 | Ramey & Flock |
| Motion fee | $10.00 | STEPHEN  GOETZMANN |
| Reporter's record | $100.00 | Plaintiff |
| Clerk's record | $352.80 | Brock & Goetzmann |
| Required Texas.gov efiling fee | $20.00 | STEPHEN  GOETZMANN |
| Supreme Court chapter 51 fee | $50.00 | STEPHEN  GOETZMANN |
| Indigent | $25.00 | STEPHEN  GOETZMANN |
| Filing | $100.00 | STEPHEN  GOETZMANN |
| **TOTAL:** | $745.50 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct.  GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 9th day of January 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk